**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| MOHAWK INDUSTRIES, INC. and ) <br> SHAW INDUSTRIES, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> INTERFACE, INC., ) <br> ) <br> Defendant. ) <br> _____) | CIVIL ACTION NO. <br> 4:07-CV-212-HLM |

**NOTICE OF MANUAL FILING**

Please take notice that Mohawk Industries, Inc. and Shaw Industries, Inc. have manually filed the following documents under seal:

- Memorandum in Support of Plaintiffs' Motion to Compel Testimony and Motion for Sanction and Exhibits attached thereto;

- CD containing the above documents for the Court's convenience.

These documents were manually filed pursuant to ¶ 8 of the Stipulated Confidentiality Order signed by this Court on January 22, 2008. These documents have been served on all parties.

Respectfully submitted this 6th day of November, 2008.

s/ Scott P. Amy
Frank G. Smith, III
Georgia Bar No. 657550

Robin L. McGrath
Georgia Bar No. 493115
Wesley C. Achey
Georgia Bar No. 340599
Scott P. Amy
Georgia Bar No. 141416
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile:  (404) 881-7777

COUNSEL FOR PLAINTIFF
MOHAWK INDUSTRIES, INC.

s/ Thad Kodish
Thad C. Kodish
Georgia Bar No. 427603
Nagendra Setty
Georgia Bar No. 636205
Jack P. Smith, III
Georgia Bar No. 659999
FISH & RICHARDSON PC
1180 Peachtree Street, 21st Floor
Atlanta, Georgia 30309-3531
(404) 892-5005

COUNSEL FOR PLAINTIFF SHAW
INDUSTRIES, INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| MOHAWK INDUSTRIES, INC. and ) <br> SHAW INDUSTRIES, INC.           ) <br>                                                    ) <br>          Plaintiffs,                            ) <br> v.                                                ) <br>                                                    ) <br> INTERFACE, INC.,                        ) <br>                                                    ) <br>          Defendant.                         ) <br>  _____ ) | CIVIL ACTION NO. <br> 4:07-CV-212-HLM |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing **NOTICE OF MANUAL FILING** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Wesley C. Achey | wes.achey@alston.com |
| Scott P. Amy | scott.amy@alston.com |
| William Henry Boice | bboice@kilpatrickstockton.com |
| Candice C. Decaire | cdecaire@kilpatrickstockton.com |
| Thad Charles Kodish | tkodish@fr.com |
| Matthew Mahoney Lubozynski | mlubozynski@kilpatrickstockton.com |
| Robin L. McGrath | robin.mcgrath@alston.com |
| Steven D. Moore | smoore@kilpatrickstockton.com |
| Nagendra Setty | setty@fr.com |
| Frank G. Smith | frank.smith@alston.com |
| Jack P. Smith, III | jay.smith@fr.com |

Dated this 6th day of November, 2008.

                                                                                     s/ Scott P. Amy  
                                                                                     Scott P. Amy