# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| MOHAWK INDUSTRIES, INC. and SHAW INDUSTRIES, INC. ) ) ) Plaintiffs, ) ) v. ) ) INTERFACE, INC., ) ) Defendant. ) ) | CIVIL ACTION NO. 4:07-CV-212-HLM |

## PLAINTIFFS' MOTION TO COMPEL TESTIMONY AND MOTION FOR SANCTIONS

Pursuant to Fed. R. Civ. P. 37 and L.R. 37.1, Plaintiffs Mohawk Industries, Inc. ("Mohawk) and Shaw Industries, Inc. ("Shaw") move the Court for an Order compelling Interface to re-open the depositions of Stuart Jones, John Pratt, and Jerry Hall to allow Plaintiffs to fully explore the information that is the subject of the Court's September 29, 2008 Order. Plaintiffs further request that the Court order Interface to reimburse the costs and fees they incurred in connection with (1) the instant motion; (2) Mohawk and Shaw's August 20, 2008 Motion to Compel; and (3) the additional depositions of Messrs. Jones, Pratt, and Hall.

9045770.2

For the reasons set forth in detail in the accompanying Memorandum, Plaintiffs' Motion should be granted. An Order in the form proposed by Plaintiffs is attached to this Motion as Exhibit A.

Counsel for Plaintiffs hereby certify that they have met their duty to meet and confer as set forth in Fed. R. Civ. P. 37 and L.R. 37.1. In addition, counsel for Mohawk and Shaw certify that the foregoing Motion complies with the font and point selections approved by the Court in L.R. 5.1B.

Respectfully submitted this 6th day of November, 2008.

/s/ Scott P. Amy
Frank G. Smith, III
Georgia Bar No. 657550
Robin L. McGrath
Georgia Bar No. 493115
Wesley C. Achey
Georgia Bar No. 340599
Scott P. Amy
Georgia Bar No. 141416
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

COUNSEL FOR PLAINTIFF
MOHAWK INDUSTRIES, INC.
/s/ Thad Kodish
Thad C. Kodish
Georgia Bar No. 427603
Nagendra Setty
Georgia Bar No. 636205

> Jack P. Smith, III
> Georgia Bar No. 659999
> FISH & RICHARDSON PC
> 1180 Peachtree Street, 21st Floor
> Atlanta, Georgia 30309-3531
> (404) 892-5005
>
> COUNSEL FOR PLAINTIFF SHAW INDUSTRIES, INC.

3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| MOHAWK INDUSTRIES, INC. and ) <br> SHAW INDUSTRIES, INC. ) <br> ) <br>     Plaintiff, ) <br> v. ) <br> ) <br> INTERFACE, INC., ) <br> ) <br>     Defendant. ) <br> _____ ) | CIVIL ACTION No. <br> 4:07-CV-212-HLM |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing **MOTION TO COMPEL TESTIMONY AND MOTION FOR SANCTIONS** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Scott P. Amy | scott.amy@alston.com |
| William Henry Boice | bboice@kilpatrickstockton.com |
| Candice C. Decaire | cdecaire@kilpatrickstockton.com |
| Thad Charles Kodish | tkodish@fr.com |
| Matthew Mahoney Lubozynski | mlubozynski@kilpatrickstockton.com |
| Robin L. McGrath | robin.mcgrath@alston.com |
| Steven D. Moore | smoore@kilpatrickstockton.com |
| Nagendra Setty | setty@fr.com |
| Frank G. Smith | frank.smith@alston.com |
| Jack P. Smith, III | jay.smith@fr.com |

4

9045770.2

Dated this 6th day of November, 2008.

                                           s/ Scott P. Amy
                                           Scott P. Amy