# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| MOHAWK INDUSTRIES, INC. and SHAW INDUSTRIES, INC., <br><br> *Plaintiffs,* <br> v. <br><br> INTERFACE, INC. <br><br> *Defendant* | Civil Action No. 4:07-CV-212-HLM |

### DEFENDANT INTERFACE, INC.'S MOTION TO LIMIT PLAINTIFFS' EXAMINATION OF KEVIN GALLAGHER, JOHN PRATT, AND TOM CAMPBELL TO THE SCOPE OF THE COURT'S ORDER OF SEPTEMBER 29, 2008

For the reasons set forth in Interface's accompanying memorandum in support of this motion, Defendant Interface, Inc. ("Interface") respectfully moves the Court to limit Plaintiffs' examination of Kevin Gallagher, John Pratt, and Tom Campbell to the scope of the Court's Order of September 29, 2008. A proposed order is attached as Exhibit A.

Respectfully submitted, this 16th day of January, 2009.

|  |  |
|---|---|
| OF COUNSEL:<br><br>KEVIN C. GALLAGHER<br>Georgia Bar No. 282855<br>INTERFACE, INC.<br>Suite 2000<br>2859 Paces Ferry Rd.<br>Atlanta, Georgia  30339<br>(770) 437-6867 | s/ Candice C. Decaire<br>WILLIAM H. BOICE<br>Georgia Bar No. 065725<br>STEVEN D. MOORE<br>Georgia Bar No. 520745<br>CANDICE C. DECAIRE<br>Georgia Bar No. 209815<br>MATTHEW M. LUBOZYNSKI<br>Georgia Bar No. 140968<br>KILPATRICK STOCKTON LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, Georgia  30309-4530<br>Phone: (404) 815-6500<br>Fax: (404) 815-6555<br><br>ATTORNEYS FOR INTERFACE, INC. |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| MOHAWK INDUSTRIES, INC. and SHAW INDUSTRIES, INC., )))) | |
| Plaintiffs, ) | Civil Action No. 4:07-CV-212-HLM |
| v. ))) | |
| INTERFACE, INC., ))) | |
| Defendant. ) | |

## **LOCAL RULE 7.1(D) CERTIFICATION**

Counsel for the Defendant hereby certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(B).

s/ Candice C. Decaire
Candice C. Decaire

3

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing DEFENDANT INTERFACE, INC.'S MOTION TO LIMIT PLAINTIFFS' EXAMINATION OF KEVIN GALLAGHER, JOHN PRATT, AND TOM CAMPBELL TO THE SCOPE OF THE COURT'S ORDER OF SEPTEMBER 29, 2008 with the Clerk of Court using the CM/ECF system, which will automatically send email documentation of such filing to the following attorneys of record:

| | |
|---|---|
| Robin Lynn McGrath | rmcgrath@alston.com |
| Frank Garrett Smith, III | fsmith@alston.com |
| Wesley Achey | wachey@alston.com |
| Nagendra Setty | nsetty@fr.com |
| Thad Kodish | tkodish@fr.com |
| Jack P. Smith | jay.smith@fr.com |

This 16th day of January, 2009.

KILPATRICK STOCKTON LLP
Suite 2800
1100 Peachtree Street
Atlanta, Georgia  30309-4530
Phone:      (404) 815-6500
Fax:   (404) 815-6555
cdecaire@kilpatrickstockton.com

s/ Candice C. Decaire
Candice C. Decaire
Georgia Bar No. 209815

ATTORNEY FOR INTERFACE

US2000 11214900.1

US2000 11214900.1