IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

Mohawk Industries, Inc.,
and Shaw industries, Inc.,

    Plaintiffs,

v.

                        CIVIL ACTION FILE
                        NO. 4:07-CV-212-HLM

Interface, Inc.,

    Defendant.

## ORDER

This case is before the Court on the Court's own Motion. On January 30, 2009, Defendant filed a document titled Defendant Interface's Response to Plaintiffs' Motion to Consolidate. The Court notes that there is presently no pending Motion to Consolidate before the Court. Plaintiffs filed a Motion to Consolidate

AO 72A
Rev.8/82)

on November 18, 2008. (Docket Entry No. 175.) The Court, however, denied that Motion without prejudice on the same day. (Order of Nov. 18, 2008.)

While Plaintiffs expressed in the Pre-Trial Order filed in this case their intention of renewing their Motion to Consolidate, the Court's docket reflects that Plaintiffs have not filed a renewed Motion to Consolidate. Under those circumstances, the Court will not consider Defendant's Response, and it is due to be stricken from the Docket.[1]

Accordingly, the Court **ORDERS** that Defendant Interface's Response to Plaintiffs' Motion to Consolidate [195] be stricken from the Docket.

---

[1] If Plaintiffs file a renewed Motion to Consolidate, Defendant may refile its Response at that time.

IT IS SO ORDERED, this the 30th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)