IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| Mohawk Industries, Inc. and Shaw Industries, Inc., <br><br> Plaintiffs, <br> v. <br><br> Interface, Inc. <br><br> Defendant. | Civil Action No. <br> 4:07-CV-0212-HLM |

## ORDER OF DISMISSAL

In consideration of the Stipulated Motion for Dismissal filed by plaintiff Mohawk Industries, Inc. and defendant Interface, Inc., it is hereby ORDERED, ADJUDGED, AND DECREED that all claims asserted by Mohawk Industries, Inc. against Interface, Inc., are hereby dismissed with prejudice, and each of Mohawk Industries, Inc. and Interface, Inc. shall bear its own costs, expenses, and attorneys fees.

IT IS SO ORDERED, this ____ day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE

LEGAL02/31382020v1